IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ENTESSAR ALOMARI**                                                              **PLAINTIFFS**

**VS.**                               **CIVIL ACTION NO. 3:13CV00118-MPM-JMV**

**TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA**                                          **DEFENDANT**

**ORDER**

      Before the court is Defendant's Motion for Joinder [4] of a party.  Essentially, Defendant seeks to add Plaintiff's husband, Saleh Algabri, as a required party defendant pursuant to Fed. R. Civ. P. 19(a) and, upon his joinder, have Mr. Algabri realigned as a plaintiff.  According to Defendant, while the subject policy of insurance is in the name of Entessar Alomari, the insurance application was completed by Mr. Algabri, and Mr. Algabri is the true owner of the business that was covered by the policy.  Defendant asserts that there is a great possibility that Mr. Algabri could ultimately attempt to claim an interest in the proceeds of the policy of insurance, resulting in the potential for inconsistency and/or multiple liability for Defendant.  Plaintiff does not oppose the motion.  Accordingly, for good cause shown, the court is of the opinion that the motion should be granted.

      **THEREFORE, IT IS ORDERED**:

      1.  That Defendant's motion is hereby GRANTED.

      2.  That within fourteen (14) days of this date, Plaintiff Entessar Alomari shall amend the complaint to add Saleh Algabri as a party plaintiff, if Mr. Algabri is willing to join the suit as a plaintiff.  However, if Mr. Algabri refuses to be joined as a plaintiff, within the same time frame, plaintiff shall amend the complaint to add Mr. Algabri as a party-defendant.  In the latter case, Plaintiff shall serve Mr. Algabri with process, along with a copy of this order, in accordance with

Fed. R. Civ. P. 4 within 21 days of the filing of the amended complaint.

    This, the 31st day of May, 2013.

                                          /s/Jane M. Virden
                                          UNITED STATES MAGISTRATE JUDGE